My name is Julia Luster and I represent the Union of Sweet Spirits. We're in the Jolene Mountains, California, at the Tresor Forum in Toronto. The issue before the court today is whether an unsolicited reason to name, state, or describe our child is a problem of standing not only to assert claims against themselves, but we have about a half a century to pass. I'll start with a case that came down after the Blue Party and it's the Campbell-Hewell development case. And in that case, the Supreme Court held that such a case ruled exceptional. Does that mean we need to state a claim or describe that person's standing individually or on behalf of, or on behalf of the House of Commons? No, I understand that the case involves both the case offers, which is different than the case claims. Both the case offers are related, but the requirement is that we enforce the rules which we have agreed in the Supreme Court. And I understand that the Supreme Court would only have five minutes for any of these reasons. I'm just going to send it to the floor, and then maybe we'll just go on. Would that be okay? If it's possible, Your Honor. If it's possible. I, as you know, I'm a huge supporter of the Black Lives Matters movement, and a lot of the law is sort of specifically relating to kids, KPIs, and also the comment made by the Supreme Court that was very specific, that it was special, but it's not actually special. Yes, Your Honor, that is, that is one of our objectives at the House of Commons. I would like to make the first point, and I've already written a commentary on this, Your Honor, on why this is so important, and why I think it's so important, and why we encourage you to do that. It's a great issue, especially in the context of the case in particular. No Rule 23 class action will ever spy against the sentence. It will declare hard information for almost every person involved in the process. It may also indicate that people are being attacked in an unnatural way, and it is too late to be aware that the individual seeking to represent a rule 23 class action is simply a response. The House of Commons class action is for the particular individual, and it fully rules 23 in terms of what is called The House of Commons class action is for the particular individual who claims to have been caught in a class action. The House of Commons class action is for the particular individual who claims to have been caught in a class action. So, yes, there were two points to this case. The first point is that it is necessary to recognize the nature of the rule, and it is necessary to acknowledge the nature of the rule 30 days prior to filing a lawsuit, you are being indicated specifically that you are seeking to retract validation claims between the House of Commons and the House of Commons. Subsequent to sending a receipt of that letter, you received a tax liability fund from the House of Commons. Consequently, it does file a class action. So, I mean, you just hear Sandy standing at that point, and what's your point? Our question is, this is when we got Sandy, because she's not only to retract her own claims, but also claims from the class. So, I would say that one of the questions was, but I don't know if you see it, but she never uses the word Sandy for her own argument, because she claims to be the father of the child, and then he files his signature, and then he's the one who's going to court. But, I don't know if you see it, but he's definitely got a big, broad potential to represent the House of Commons in this case. Well, it's something that also sucks. I agree. He also got introduced to the nation, and it also sucks. I think he also, and there are steps for him, and there's a class for him, but it is, he also has senses to see that he doesn't have a potential for judging something, because there's no one that's going to be trying to judge it for him. Thank you. Your argument is that because he wanted to represent Atlanta, he felt even more unsatisfied, and he said the House did not want him to represent Atlanta. Yes. What's his authority? Well, the best story for that is a California Supreme Court case, and everybody's very good at that. In California courts, we have an issue that is to provide for standing supporters. And by not allowing them to pursue new claims, the California law essentially prevents you from transferring a California claim without consideration. We finally disillusioned Stanford with his contempt of law. He was able to encourage a clear resolution of the consumer claim by requiring that the lawyer serve 30 days of full-time law school. Right. It's a long order. It's a long order. It's a very long order. And we can't wait to improve the policy of encouraging people to pursue the case and be resolved without having to resort to litigation. The lawyer, and the case is why he's not only to represent himself, but also the other class members. If you are a member of one of the parties under the California legal, the CRA has no ability to pursue a just, a simple refund to the claim. It allows defendants the opportunity to request not only the individual person's claims, but also the claims of the class members. I will leave all of this to the court's decision. I'm just concerned in our lives that we're all sitting in a motion and term, simple motion terms, and she said this was terms that were applied to these offers to settlement even in a class action situation. What I don't know about this case is how it would make sense to apply to a case that you're choosing without a positive plaintiff. We challenge it to be a high margin case that you may even not accept if the defendant doesn't submit an extension, simply request to be cut in part and then eliminate. Indicate whether or not to accept refunds that attach you to the claim. The motion may indicate both Mr. Shacroff did not have an opportunity prior to the filing of the first class complaint, but in the first class case, there was a reference and an alternative to having a constitutional clarity, but there was reference in the first class complaint that Mr. O'Leary did not request a refund and did not want to continue to pursue the claims that he claimed to be part of the class. If there is a situation where you start to require an amnesty if you have an amnesty, if you are guaranteed to get a refund, how can the plaintiff indicate that he doesn't need to accept any of this automatic refund that he has to pay out? Your Honor, in this case, it was indicated in filing in court. So far, the situation was indicated in the first class complaint, and I understand that in the first class motion next, it was indicated that they would reject the request because it was not requested. We have not had the opportunity to amend   order and so I am sorry about that. Thank you, Your Honor. OK. I would like to    and I would like to move to the second case because I think it is a very important case and I think that it is a very important case and I would like to move to the third case because I think it is a very  case and I would move to the third  because I think it I would like to the third because case and I think it is a very important case and I think it is a very important case and I think it is in for the the the the  it is is is yes  it's on it's on just leave what? here comes the sound first Who are you? I have intellectual property What is your business? What type of education did you get? You said you have zero marketing skills No marketing skills What type of business do you have? How do you distinguish a co-author and a non-co-author? What is the question? How did this situation come about? What do you think co-authoring and non-co-authoring business is? What do you think co-authoring and non-co-authoring business is? What was the cost? How much did you use? The cost was $160,000 in those days? In those days And then, in the case of the competing business, you would have to pay $1,000 for the co-authoring, so pre-course, and then this course just turned out. So what do you do if you don't want to be the team that competes, the capability, the user that you are, and you need to be a dev? Well, if you don't want to be the team that competes, you have to be the team that competes. So I encourage you to research and research and research, and research, and research, and research. And then, if you want to be the team that competes, you have to be the team that competes. But, there are many factors. It depends on the company's control of whether it actually returns the money or not to make an investment playing hard, which they don't. So, how do you analyze a situation that is at a significant slope? That's why I say, also, see if it's an issue. If they're saying, I don't want to do this, or I didn't do that, I'm glad to know, I've understood, I don't want to do that, and it's the money. And at the end of the day, you have to study general, and it's not the company, it's the top players. Well, that is what I used to say, so I'm going to ask you two more questions. One of them is, it's one of the reasons that you're interested in our team. Well, that is not the point. It's, it's the money, and it's the top players. It doesn't matter. You can ask a couple of questions, but I'm just interested in talking to the players. So, my question is, you know, so, what's one of the things that you guys want to, sort of, do in situations where, you know, where something's wrong, it's interesting, is there a way that you guys can actually fix that? So, if I can answer one part of your question, which is, it's the players, it's what you're sharing, it's the money, it's the time, it's the stats, it's the customer, it's the sales team, it's the, you know, the investment, it's the teams, it's the players, it's the data set, it's all the references, it's the processes, it's the tests, it's the first step, it's the content, it's the last step, it's the management, it's your time, your investment. Well, in this case, the reason, what would matter, it's the reason is, the cost is huge. So, in the, um, in the sales teams, in their case, what the, um, our circumstances in such a deployed engineer that there's those companies that chose to do that. And so, if the reason is, the cost might matter, the cost might matter. So, the decision that seems to be the only reason the service is acceptable. Well, what we've learned from Facebook is, it's intense to be able to build something more than just a great build with an embassy or serving as a team service and, you know, and, you know, registering and entering Google because we've latched onto it for the long  That's a place where we've definitely had a decisive number where our employees influence and influence what a person is. Ah, I'll give you a quick description for Facebook. Facebook is a   people can share their experiences with other people in the world. And Facebook is a platform where people can share their experiences with other people in the  And Facebook is a  where people can   experiences with other people in the world. And Facebook is a platform where people can share their experiences with other people in  world. And Facebook is a platform where people can share their experiences with other people in the world. And Facebook is a platform where people can experience with other people in in the world. And  is a world. And is a platform where
judges: McKeown, Wardlaw, Tallman